# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.964.1178

Fax. 212.208.2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

November 26, 2024

**VIA ECF**
The Honorable Magistrate Judge Lena D. Wettre
United States District Court
District of New Jersey
50 Walnut St.
Newark, NJ 07102

      **Re:**    **Pietrocola v. Chelsea Senior Living, et al.**
               **Case No.: 2:23-cv-21705-KSH-LDW**

Dear Judge Wettre:

      This firm represents Plaintiff Kathleen Pietrocola ("Plaintiff") in the above-referenced matter. Plaintiff respectfully submits this status letter in accordance with the Court's Order of September 9th, 2024.

      Plaintiff's deposition took place on October 21, 2024. The depositions for Defendants Scott Yaeger, Kathleen Merkel and Roger Bernier have been scheduled for the first two weeks of December. Parties are working to schedule the depositions for the remaining Defendants.

      We thank the Court for its time and attention to this matter.

                                         Respectfully submitted,

                                         GODDARD LAW PLLC
                                         *Attorneys for Plaintiff*

                                       By: *Megan S. Goddard*
                                               Megan S. Goddard, Esq.
                                               [Pro Hac Vice]

                                       By: *Nathaniel K. Charny*
                                               Nathaniel K. Charny, Esq.

cc: All Counsel of Record [*Via ECF*]