# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHLEEN PIETROCOLA,<br><br>   Plaintiff,<br><br>v.<br><br>CHELSEA SENIOR LIVING, LLC, *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>23-21705 (KSH) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

  **THIS MATTER** having come before the Court by way of plaintiff's letter of December 3, 2024, requesting an extension of fact discovery in light of certain scheduling conflicts (ECF 31); and defendants having joined in plaintiff's request; and for good cause shown,

  **IT IS, on this 5th day of December 2024, ORDERED** that the pretrial schedule is hereby amended as follows:

1. Fact discovery is extended through **February 17, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **February 4, 2025 at 4:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 334643848#.

                  *s/ Leda Dunn Wettre*
                  Hon. Leda Dunn Wettre
                  United States Magistrate Judge