# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHLEEN PIETROCOLA,<br><br>        Plaintiff,<br><br>v.<br><br>CHELSEA SENIOR LIVING, LLC, *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>23-21705 (KSH) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of defendants' letter of January 14, 2025, requesting an extension of fact discovery necessitated by scheduling issues (ECF 34); and plaintiff having consented to defendants' request; and for good cause shown,

**IT IS, on this 15th day of January 2025, ORDERED** that the pretrial schedule is hereby amended as follows:

1. Fact discovery is extended through **April 17, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The telephonic status conference set for February 4, 2025 is adjourned to **March 27, 2025 at 2:30 p.m.** before the undersigned. The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 334 643 848#.

                                                    *s/ Leda Dunn Wettre*
                                                    Hon. Leda Dunn Wettre
                                                    United States Magistrate Judge