UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHLEEN PIETROCOLA,<br><br>Plaintiff,<br><br>v.<br><br>CHELSEA SENIOR LIVING, LLC, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>23-21705 (KSH) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a March 27, 2025 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 27th day of March 2025, ORDERED** that the pretrial schedule is hereby amended as follows:

1. All affirmative expert reports shall be delivered by **May 30, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2. All responding expert reports shall be delivered by **June 30, 2025**. Any such report shall comport with the form and content requirements referenced above.

3. The parties shall appear for an in-person settlement conference before the undersigned on **May 29, 2025 at 10:00 a.m.** in Courtroom 3C of the Martin Luther King Jr. Federal Bldg. and U.S. Courthouse. Clients with full and immediate settlement authority must attend for the duration. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding

20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

4. The parties shall not file any dispositive motions prior to the above-scheduled settlement conference. If the settlement conference is not productive, a briefing schedule for such motions will be set shortly thereafter.

>    *s/ Leda Dunn Wettre*
>    Hon. Leda Dunn Wettre
>    United States Magistrate Judge